**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MARIE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 14-2599-JPR<br><br>**JUDGMENT** |

　　For the reasons set forth in the accompanying Order Granting Defendant's Motion for Remand, it is hereby ADJUDGED AND DECREED THAT (1) Defendant's request for an order remanding the case for further proceedings is GRANTED; (2) Plaintiff's request for an order remanding the case for an award of benefits DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: January 21, 2015　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge