JAMES P. SHEA (STATE BAR NO. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LISA MARIE RODRIGUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  CV 14-2599-JPR<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C.   § 2412(d)** |

     IT IS ORDERED that EAJA fees are awarded in the amount of two thousand, five hundred sixty five dollars and 81 cents ($2,565.81), subject to the provisions of the EAJA.

Dated: February 10, 2015          _____

THE HONORABLE JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE